ACCEPTED
15-25-00005-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/16/2025 3:07 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/16/2025 3:07:04 PM
CHRISTOPHER A. PRINE
Clerk

**No. 15-25-00005-CV**

---

**In the
Fifteenth Court of Appeals**

---

**JOHNNY PARTAIN,**
*Plaintiff –Appellant,*
v.

**STATE OF TEXAS,**

*Defendant –Appellee.*

---

On Appeal from the
126th Judicial District Court, Travis County, Texas

---

## APPELLEE'S NOTICE OF SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

Appellee, State of Texas, files this Notice of Withdrawal and Substitution of Counsel, pursuant to Rule 6.1(c) and 6.5(d) of the Texas Rules of Appellate Procedure, and respectfully shows the Court as follows:

Assistant Attorney General Ali Thorburn currently appears as Lead Counsel for Appellee. Ms. Thorburn has moved positions within the Attorney General's Office and is no longer representing Appellee. Ms. Thorburn should be removed from all correspondence and notifications in this matter.

Appellee hereby gives notice that Assistant Attorney General Kyle Argenbright will appear on behalf of State of Texas and as Lead Attorney in this matter. Mr. Argenbright is a member and in good standing with the State Bar of Texas.

## CONCLUSION

Appellee requests the Court accept Kyle Argenbright as Lead Counsel for Appellee and send all future notifications to him.

Respectfully submitted.

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Kyle Argenbright*
**KYLE ARGENBRIGT**
Texas Bar No. 24104597
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 979-5389 FAX: (512) 320-0667

2

kyle.argenbright@oag.texas.gov

***Counsel for Appellee***

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that the above and foregoing instrument has been served on all counsel of record in accordance with the Texas Rules of Appellate Procedure on this September 16th, 2025, through the electronic filing system, and Certified Mail, return receipt requested.

Johnny Partain
7020 N. 16th Street
McAllen, Texas 78504
partain@atlastechnologies.biz

***Pro Se Appellant-Plaintiff***

*/s/ Kyle Argenbright*
**Kyle Argenbright**
Assistant Attorney General

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kyle Argenbright on behalf of Kyle Argenbright
Bar No. 24104597
kyle.argenbright@oag.texas.gov
Envelope ID: 105652704
Filing Code Description: Other Document
Filing Description: 20250916_Appellee Ntc Sub of Counsel
Status as of 9/16/2025 3:39 PM CST

Associated Case Party: Johnny Partain

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Johnny Partain | | partain@atlastechnologies.biz | 9/16/2025 3:07:04 PM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Chelsea Goodman | | chelsea.goodman@oag.texas.gov | 9/16/2025 3:07:04 PM | SENT |
| Kyle Argenbright | | Kyle.Argenbright@oag.texas.gov | 9/16/2025 3:07:04 PM | SENT |